[No. 26842-2-I.   Division One.   April 13, 1992.]

MICHAEL KRUSE, ET AL, *Appellants*, v. FRED HEMP,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 90-2-00599-9, Michael F. Moynihan, J.,

entered July 27, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Kennedy, JJ.